IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROGER LEE PHILPOTT, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-201
)
GEORGIA DEPARTMENT OF )
CORRECTIONS; LIEUTENANT KELLY )
BOYETT, individually and in her )
official capacity; CORRECTIONAL )
OFFICER ALFRED L. HARRIS, )
individually and in his official )
capacity; and CORRECTIONAL )
OFFICER BENNIE L. FIELDS, )
individually and in his official )
capacity; )
)
    Defendants. )
)

O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Defendants' Motion for Judgment on the Pleadings (Doc. 6) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of January 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA